**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:    In re Daniel W. Warren, Beneficiary of the Daniel Steven Weiner
                        1996 Trust

Appellate case number:  01-15-00471-CV

Trial court case number:  425,576-401

Trial court:            Probate Court No. 4 of Harris County

It is ORDERED that the relator's request for an emergency stay pending resolution of the petition for a writ of mandamus is GRANTED. All proceedings in this cause number in the probate court are hereby STAYED until further notice. The real party in interest is ORDERED to file a response, if any, no later than June 26, 2015.

It is so ORDERED.

Judge's signature: /s/ Jane Bland
                    ☑ Acting individually     ☐ Acting for the Court

Date: May 27, 2015